**K&L GATES LLP**
10100 Santa Monica Boulevard
Seventh Floor
Los Angeles, California 90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

Robert E. Feyder (SBN 130688)
 *robert.feyder@klgates.com*
Kevin S. Asfour (SBN 228993)
 *kevin.asfour@klgates.com*

Attorneys for Defendants CitiMortgage, Inc. and Citibank, N.A.

"O"

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY N. OZOGU, et al., | Case No. CV10-9687-CAS (AGRx) |
| Plaintiffs, | **FINAL JUDGMENT** |
| v. | Assigned to Hon. Christina A. Snyder |
| CITIMORTGAGE, INC., et al., | |
| Defendants. | |

For the reasons set forth in the Court's July 19, 2011 order (Dkt. No. 42), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of all defendants and against all plaintiffs as follows:

1. Counts 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, and 19 of the Complaint are DISMISSED with prejudice and without leave to amend; and

2. The Court declines to exercise supplemental jurisdiction over the remainder of plaintiffs' common law and state law claims, and DISMISSES them without prejudice. Each side shall bear its own fees and costs.

IT IS SO ORDERED.

Dated: July 28, 2011

_____
UNITED STATES DISTRICT JUDGE